NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1077

LAMSON PETROLEUM CORPORATION

VERSUS

HALLWOOD PETROLEUM, INC.,  ET AL.


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 95-2601
HONORABLE HAROLD J. BROUILLETTE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Billie C. Woodard, Oswald A. Decuir, and Billy H. Ezell, Judges.

MOTION GRANTED.  SUSPENSIVE APPEAL
DISMISSED.  APPEAL MAINTAINED AS
DEVOLUTIVE.


John Weir Grant
Attorney at Law
Post Office Drawer 52604
Lafayette, LA 70505-2604
(337) 234-3777
COUNSEL FOR DEFENDANTS/APPELLANTS:
     Johnny Jefcoat
     Mildred Jefcoat

**Mark Harrison Tompkins**
**Attorney at Law**
**Post Office Box 52526**
**Lafayette, LA 70505**
**(337) 232-5300**
**COUNSEL FOR SECONDARY DEFENDANTS/APPELLANTS:**
    **Union Oil Company of California**
    **Petrocorp, Inc.**
    **Triton Oil & Gas Corp.**

**Robin Daniel Mcguire**
**Jones, Walker, et al.**
**500 Dover Blvd., Suite 120**
**Lafayette, LA 70503**
**(337) 406-5610**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **Lamson Petroleum Corporation**